

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-56,013-13

**EX PARTE JOHN RAY NELSON, Applicant**

**ON APPLICATION FOR WRIT OF HABEAS CORPUS
CAUSE NO. C-213-W011486-0548443-M
IN THE 213TH DISTRICT COURT
FROM TARRANT COUNTY**

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young,* 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to thirty years' imprisonment.

Applicant contends that he has "31 years on paper and they give me no release date." This ground is denied. *See generally Ex parte Molina,* 483 S.W.3d 24, 27, 28 n.4 (Tex. Crim. App. 2016). Applicant also contends that he received ineffective assistance of trial counsel and that he is factually innocent because he had alibi and mistaken identity defenses. These grounds were or should have

been raised in his previous writs. Therefore, these grounds are dismissed. This Court has previously entered an abuse-of-the-writ order in this cause, and Applicant has failed to show that he could not have presented these grounds in a previous application.

Accordingly, this application is denied in part and dismissed in part.

Filed: May 22, 2019

Do Not Publish